101 P.3d 651

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| French v. Hawaii Pizza Hut, Inc. . . . 23985 | 11/05/2004 | Denied | 105 Hawai'i 462, 99 P.3d 1046 |
| State v. Fergerstrom . . . . . . . . . . . . . . 25579 | 11/15/2004 | Granted | 106 Hawai'i 43, 101 P.3d 652 |
| State v. Martins . . . . . . . . . . . . . . . . 25021 | 11/23/2004 | Granted | 106 Hawai'i 62, 101 P.3d 671 |